| 45 | 869 |
| 48 | 534 |

EMMA FLORA HURTZIG, appellant,

*v.*

LEOPOLD ERNST HERMAN HURTZIG, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Hurtzig* v. *Hurtzig, 17 Stew. Eq. 329.*

*Mr. William S. Stuhr,* for the appellant.

*Mr. John C. Besson,* for the respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.